UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CAGLIERO,<br><br>   Plaintiff,<br><br>   v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>   Defendants. | Case No. 1:22-cv-01380-ADA-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(ECF No. 7). |

On December 15, 2022, the parties filed a joint stipulation for dismissal with prejudice and with each party to bear its own attorneys' fees and costs. (ECF No. 7). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 20, 2022**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

1